## VERIFICATION BY SALVATORE FRIERI

Pursuant to 28 U.S.C. § 1746, I declare, under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. My name is Salvatore Frieri, and I am over the age of eighteen. I am the principal of the plaintiff companies, Golden Dawn Corporation ("Golden Dawn") and Markwood Investments Limited ("Markwood") in the case styled *Golden Dawn Corp. v. Neves, et. al.*, Case No. 08-20381-CIV-O'SULLIVAN.

2. I have read the statements and allegations contained in the Motion to Continue Trial filed by Golden Dawn and Markwood in the United States District Court for the Southern District of Florida on March 13, 2009. As the duly authorized representative of Golden Dawn and Markwood I hereby verify and attest that the factual statements and allegations are true and correct, based upon my personal knowledge.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated : March 13, 2009

_____
Salvatore Frieri

# 6177906_v1