UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-20381-CIV-O'SULLIVAN

[CONSENT]

GOLDEN DAWN CORP., and
MARKWOOD INVESTMENTS, LTD.,

    Plaintiffs,

v.

FABRIZIO DULCETTI NEVES and
ACOSTA REALTY HOLDINGS LLC,

    Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court on the Defendants' Application for Issuance of a Commission to the Hague Evidence Convention (DE# 84, 5/27/09). Having reviewed the applicable filings and the law, it is

**ORDERED AND ADJUDGED** that the Defendants' Application for Issuance of a Commission to the Hague Evidence Convention (DE# 84, 5/27/09) is GRANTED. The Commission to Take Deposition of Mirko Visco in Switzerland will be issued separately.

DONE AND ORDERED in Chambers at Miami, Florida this **29th** day of May, 2009.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
All counsel of record