UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-20381-CIV-O'SULLIVAN

[CONSENT]

GOLDEN DAWN CORP., and
MARKWOOD INVESTMENTS, LTD.,

    Plaintiffs,

v.

FABRIZIO DULCETTI NEVES and
ACOSTA REALTY HOLDINGS LLC,

    Defendants.

_____/

## COMMISSION TO TAKE DEPOSITION OF
## MIRKO VISCO IN SWITZERLAND

Pursuant to Order of the above-entitled Court, Alex M. Gonzalez, Esq., and Brett A. Barfield, Esq., of Holland & Knight LLP, 701 Brickell Avenue, Suite 3000, Miami, Florida 33131, are hereby commissioned, pursuant to Article 17 of the Hague Convention On The Taking Of Evidence Abroad In Civil Or Commercial Matters ("Hague Evidence Convention"), T.I.A.S. 7444, 23 U.S.T. 2555, *reprinted in* 28 U.S.C.A. § 1781, to take the deposition of Mirko Visco, a resident of Switzerland, who is not a party, and whose elected domicile is c/o Mohamed Mardam Bey, Dunand Guth & Mardam Bey, 2, rue Charles-Bonnet, 1206 Geneve.

The deposition of Mr. Visco shall be limited to the following topics: (1) Mr. Visco's authority on behalf of Plaintiffs Golden Dawn Corporation and Markwood Investments Limited, (2) all transactions concerning Lexton, LLC and (3) the transfers reflected in

the email attached hereto as Exhibit 1.

The Commissioners must comply with the Conditions set by the Swiss Federal Office of Justice For A Commissioner or Diplomatic or Consular Officer To Obtain Evidence In Switzerland dated June 2005 (the "Conditions").  Consistent with the Conditions, the Commissioners must obtain prior authorization from the Swiss authorities to validate this Commission and pay the required fees.

DONE AND ORDERED, in Chambers, at Miami, Florida, this **4th** day of June, 2009.

                                            JOHN J. O'SULLIVAN
                                            UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All Counsel of Record