UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

Case No: 08-20381-CIV-Seitz/O'Sullivan

GOLDEN DAWN CORPORATION,
and MARKWOOD INVESTMENTS
LIMITED,

        Plaintiffs.

v.

FABRIZIO DULCETTI NEVES, and
ACOSTA REALTY HOLDINGS LLC,

        Defendants.
_____/

## DEFENDANTS' RENEWED TRIAL EXHIBIT LIST

Defendants, Fabrizio Dulcetti Neves, and Acosta Realty Holdings LLC ("Defendants"), by and through their undersigned counsel, pursuant to this Court's Pretrial Scheduling Order, file their Renewed Trial Exhibit List as follows:

| EXHIBIT NUMBER | DATE | EXHIBIT | SOURCE/ BATES # | OBJECTION |
|---|---|---|---|---|
| 1. | 2006 | Voided Promissory Notes Dated 9/05/06, 10/16/06 and 10/17/06 | | |
| 2.. | 12/15/06 | Promissory Note in the principal amount of $4,430,000.00 between Acosta Realty Holdings LLC, Fabrizio Dulcetti Neves and Golden Dawn Corporation | | |
| 3. | 12/15/06 | Release between Salvatore Freiri and Fabrizio Neves Dulcetti | | |
| 4. | 12/15/06 | Release between Fabrizio Neves Dulcetti and Salvatore Freiri | | |
| 5. | 2/05/07 | Promissory Note in the principal amount of $3,000,000.00 between Acosta Realty | | |

DEFENDANTS' EXHIBIT LIST
CASE NO: 08-20381-CIV-JJO

| EXHIBIT NUMBER | DATE | EXHIBIT | SOURCE/ BATES # | OBJECTION |
|---|---|---|---|---|
| | | Holdings, Fabrizio Dulcetti Neves and Golden Dawn Corporation | | |
| 6. | 2/9/07 | Email from Jose Luna to Angelica Aguilera (translated) | LAT000190 | |
| 7. | 9/20/06-9/30/08 | Acosta Financial Services, LLC Account Statement (Markwood Investment Limited) | LAT00112-LAT00189 | |
| 8. | Various | Bates-stamped documents produced by Greenberg Traurig, P.A. | GT01/23/09GN1-001 - GT01/23/09GN10049 | |
| 9. | 3/31/07 - 6/30/07 | HSBC Private Bank Account Statements (Markwood Investments Limited) | | |
| 10. | 3/22/07 | Resolutions of the Sole Member of Lexton LLC | | |
| 11. | 3/22/07 | Limited Liability Company Operating Agreement re: Lexton, LLC | | |
| 12. | 3/30/07 | Power of Attorney from Lexton LLC to Luis Hermano Caldeira Spalding | | |
| 13. | 4/2/07 | E-mail from Salvatore Frieri to Angelica Aguilera re Hedge Fund with Carlo and Mirko in Venezuela | LAT00092-LAT00093 | |
| 14. | 4/3/07 | E-mail from Salvatore Frieri to Angelica Aguilera re trade of PDVSA bonds in Venezuela | LAT00099 | |
| 15. | 4/18/07 | E-mail from Salvatore Frieri to Angelica Aguilera re PDVSA bonds | LAT00108 | |
| 16. | 5/1/07 | Promissory Note in the principal amount of $2,650,000.00 between Acosta Realty Holdings and Markwood Investments Limited | | |
| 17. | 5/3/07 | Incoming/Outgoing Wire Report of transfer of $2,650.000 from Abadi & Co. Securities to Markwood Investments, Ltd. | LAT00351 | |
| 18. | 6/2/07 | E-mail from Salvatore Frieri to Jose Luna re Venezuelan bonds | LAT00111 | |
| 19. | Various | Latam bates-stamped | LAT00001-LAT00273 | |

DEFENDANTS' EXHIBIT LIST
CASE NO: 08-20381-CIV-JJO

_____/

| EXHIBIT NUMBER | DATE | EXHIBIT | SOURCE/ BATES # | OBJECTION |
|---|---|---|---|---|
| | | documents (Includes Markwood Investment Ltd.'s Account Statements) | | |
| 20. | Various | BNY Mellon signature cards, new account forms (along with any amendments thereto), authorizations, transactional documents and bank account statements of Lexton, LLC from 2005 to present | | |
| 21. | Various | Documents obtained from Ivan Nunes, Esq. | LEXTON 00001-02143 | |
| 22. | Various | Corporate formation documents for Golden Dawn Corporation and Markwood Investment Ltd. | | |
| 23. | | Videotaped Depositions of Salvatore Frieri | | |
| 24. | | Videotaped Deposition of Arturo Frieri | | |
| 25. | | Videotaped Deposition of Ivan Nunes | | |
| 26. | | Videotaped Deposition of Mirko Visco | | |
| 27. | | Plaintiffs' Answers to Interrogatories | | |
| 28. | | All exhibits listed on Plaintiffs' exhibit list | | |

| 29. | | Impeachment exhibits | | |
|---|---|---|---|---|
| 30. | | Rebuttal exhibits | | |
| 31. | | Demonstrative exhibits | | |

GREENBERG TRAURIG, P.A.
5100 Town Center Circle, Suite 400
Boca Raton, Florida 33486
Telephone: (561) 955-7600
Fax: (561) 338-7099

By: __s/Stephen A. Mendesohn__
STEPHEN A. MENDELSOHN
Florida Bar No: 849324
mendelsohns@gtlaw.com
GEOFFREY M. CAHEN
Florida Bar No: 0013319
caheng@gtlaw.com

DEFENDANTS' EXHIBIT LIST
CASE NO: 08-20381-CIV-JJO

## CERTIFICATE OF SERVICE

**HEREBY CERTIFY** that on this 3rd day of August, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Stephen A. Mendelsohn
Geoffrey M. Cahen

DEFENDANTS' EXHIBIT LIST
CASE NO: 08-20381-CIV-JJO

_____/

## SERVICE LIST
### Golden Dawn Corporation v. Fabrizio Dulcetti Neves, et al.
### Case No: 08-20381-CIV-JJO
### United States District Court, Southern District of Florida

Brett Barfield, Esq.
Alex M. Gonzalez, Esq.
Holland & Knight, LLP
701 Brickell Avenue,
Suite 3000
Miami, Florida 33131.