UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-20381-CIV-O'SULLIVAN
[CONSENT]

GOLDEN DAWN CORPORATION,
a Panamanian corporation, and
MARKWOOD INVESTMENTS LIMITED,
a British Virgin Islands corporation,

    Plaintiffs,

v.

FABRIZIO DULCETTI NEVES, an individual,
and ACOSTA REALTY HOLDINGS LLC,
a Florida limited liability company,

    Defendants.
_____/

### PLAINTIFFS' NOTICE OF FILING SPECIAL VERDICT FORM

Plaintiffs, GOLDEN DAWN CORPORATION and MARKWOOD INVESTMENTS LIMITED, file the following proposed Special Verdict Form.

Respectfully submitted,

HOLLAND & KNIGHT LLP
701 Brickell Avenue, Suite 3000
Miami, Florida 33101
Telephone:   (305) 374-8500
Fax:   (305) 789-7799

By:   /s/ Brett A. Barfield
      Alex M. Gonzalez
      Fla. Bar No. 991200
      Brett A. Barfield
      Fla. Bar No. 192252
      Rebecca M. Plasencia
      Fla. Bar No. 861901

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 3rd, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, notice of which was sent to Stephen A. Mendelsohn, counsel for the Defendants.

/s/ Brett A. Barfield
Brett A. Barfield

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

Case No: 08-20381-CIV-Seitz/O'Sullivan

GOLDEN DAWN CORPORATION,
and MARKWOOD INVESTMENTS
LIMITED,

        Plaintiffs.

v.

FABRIZIO DULCETTI NEVES, and
ACOSTA REALTY HOLDINGS LLC,

        Defendants.
_____/

## SPECIAL VERDICT FORM

1. Do you find that Golden Dawn, Acosta Realty and Mr. Neves made a mutual mistake by inserting the Release Provisions into the February Promissory Note?

    ____ YES    ____ NO

If you have answered No to question #1, go to question # 2. If you have answered Yes to question #1, skip question #2 and go to question #3.

2. Do you find that Golden Dawn received agreed-upon consideration in exchange for its release of the December Promissory Note?

    ____ YES    ____ NO

If you have answered yes to question #2, you have found for Acosta Realty and Mr. Neves. If you have answered No to question #2, go to question #3.

3

3.   What is the amount of money damages Golden Dawn suffered by Acosta Realty's and Mr. Neves' breach of the December Promissory Note?

$_____.

Dated: _____, 2009
Miami, Florida


_____
Jury Foreperson

4