UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-20381-CIV-O'SULLIVAN
[CONSENT]

GOLDEN DAWN CORPORATION,
a Panamanian corporation, and
MARKWOOD INVESTMENTS LIMITED,
a British Virgin Islands corporation,

    Plaintiffs,

v.

FABRIZIO DULCETTI NEVES, an individual,
and ACOSTA REALTY HOLDINGS LLC,
a Florida limited liability company,

    Defendants.
_____/

**PLAINTIFFS' MOTION TO UNSEAL MOTION FOR BREAK ORDER, NOTICE OF
FILING AFFIDAVIT IN SUPPORT OF MOTION FOR BREAK ORDER, BREAK
ORDER, MOTION FOR ISSUANCE OF WRITS OF GARNISHMENT
AND THE ISSUED WRITS OF GARNISHMENT**

Plaintiffs, Golden Dawn Corporation and Markwood Investments Limited ("Plaintiffs"), moves the Court pursuant to Southern District of Florida Local Rule 5.4(D) for an Order directing the Clerk to unseal pleadings filed or issued under seal in the referenced action. As grounds for this motion, Plaintiff states:

    1.    On October 7, 2009, Plaintiff filed an Ex Parte Motion for Issuance of Writs of Garnishment to several third parties which was sealed per the Court's October 9, 2009 Order.

    2.    In the same October 9, 2009 Order, the Court ordered that the issued Writs of Garnishment also be sealed until such time as a motion to unseal the documents was filed and upon the U.S. Marshal's completed execution and seizure of Defendants' assets.

3. The Writs of Garnishment were issued by the Clerk of the Court on October 9, 2009 and October 13, 2009.

4. On October 9, 2009, Plaintiffs filed an Ex Parte Motion for Break Order and Supporting Memorandum of Law which was sealed by the Clerk of the Court per the Court's Order. The Ex Parte Motion for Break Order was initially denied by the Court but gave Plaintiffs leave to reapply for the Break Order.

5. On October 15, 2009, Plaintiffs filed an affidavit in support of its position that a Break Order was required in order to seize Defendants' assets. This Affidavit was also filed under seal per the Court's Order.

6. After receiving instructions to file a second Ex Parte Motion for Break Order and proposed Break Order from Chambers, Plaintiffs filed a Second Ex Parte Motion for Break Order and Supporting Memorandum of Law under seal on October 16, 2009. The Court granted the Break Order on October 16, 2009 which was also filed under seal pursuant to the Court's Order of the same date.

7. The executed Break Order also instructed Plaintiffs to file a motion to unseal the Second Ex Parte Motion for Break Order and Break Order upon the Marshal's completed execution and seizure of the Defendants' assets.

8. The execution and seizure of Defendants' assets commenced at approximately 7:30 a.m. on October 20, 2009 and was completed at approximately 1:15 a.m. on October 21, 2009.

WHEREFORE, for the reasons stated herein, Plaintiffs Golden Dawn Corporation and Markwood Investments Limited request that the Court enter an order in the form of the attached proposed order unsealing the Ex Parte Motion for Issuance of Writs of Garnishment, the issued Writs of Garnishment, the initial Ex Parte Motion for Break Order, the Notice of Filing Affidavit

in Support of Motion for Break Order and Plaintiffs' Second Ex Parte Motion for Break Order, and for such other relief as the Court deems appropriate.

        Respectfully submitted,

        HOLLAND & KNIGHT LLP
        *Attorneys for Plaintiffs/Judgment Creditors*

    By:   */s/ Brett A. Barfield*
           Alex M. Gonzalez, Esq.
           Florida Bar No. 991200
           Email: alex.gonzalez@hklaw.com
           Brett A. Barfield
           Florida Bar No. 0192252
           Email: brett.barfield@hklaw.com
           HOLLAND & KNIGHT LLP
           701 Brickell Avenue
           Suite 3000
           Miami, Florida 33131
           Telephone: (305) 374-8500
           Facsimile: (305) 789-7799

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I HEREBY CERTIFY that I contacted opposing counsel, and Defendants do not oppose the relief sought in this Motion but reserve the right to file a response if necessary.

/s/ Brett A. Barfield
Brett A. Barfield
Florida Bar No. 0192252

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 23, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, notice of which was sent to Stephen A. Mendelsohn, Esq., counsel for the Defendants.

/s/ Brett A. Barfield
Brett A. Barfield
Florida Bar No. 0192252

# 8917583_v1