UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Unsealed 10/26/2009             CASE NO. 08-20381-CIV-O'SULLIVAN
                                          [CONSENT]

GOLDEN DAWN CORPORATION,
a Panamanian corporation, and
MARKWOOD INVESTMENTS LIMITED,
a British Virgin Islands corporation,

      Plaintiffs,

v.

FABRIZIO DULCETTI NEVES, an individual,
and ACOSTA REALTY HOLDINGS LLC,
a Florida limited liability company,

      Defendants.
_____/

### ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO SEAL EX PARTE MOTION FOR ISSUANCE OF WRITS OF GARNISHMENT AND TO SEAL WRITS OF GARNISHMENT WHEN ISSUED *NUNC PRO TUNC*

**THIS CAUSE** came before the Court on Plaintiff Golden Dawn Corporation's Ex Parte Motion to Seal Ex Parte Motion for Issuance of Writs of Garnishment and to Seal Writs of Garnishment When Issued *Nunc Pro Tunc*, filed October 7, 2009. The Court has considered the Motion and finds that the ex parte motion and the writs of garnishment, when issued, should be sealed without notice to the Judgment Debtors to avoid the possible removal of assets outside this Court's jurisdiction in accordance with Florida and federal law. The Court also finds that Plaintiff has established a reasonable basis for departing from the general policy of public filing. Accordingly, it is **ORDERED** that:

    1.    The Motion to Seal is **GRANTED**.

1

2. Pursuant to S.D. Fla. L.R. 5.4.D., the Clerk shall maintain the Ex Parte Motion for the Issuance of Writs of Garnishment and the Writs of Garnishment, when issued, under seal until such time as Plaintiffs file a motion to unseal those documents.

3. Plaintiff is ordered to promptly file a motion to unseal these documents upon service of all the Writs of Garnishment issued by the Clerk of the Court and upon the Marshal's completed execution and seizure of the Defendants/Judgment Debtors' assets.

**DONE AND ORDERED** in the Southern District of Florida on October 9, 2009.

_____
JOHN J. O'SULLIVAN
United States Magistrate Judge

# 8889947_v1