Sealed

FILED by _(CC)_ D.C.

OCT 1 5 2009

STEVEN M. LARIMORE
CLERK U. S. DIST CT
S. D. of FLA. – MIAMI

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

Unsealed 10|26|2009

### CASE NO. 08-20381-CIV-O'SULLIVAN
### [CONSENT]

GOLDEN DAWN CORPORATION,
a Panamanian corporation, and
MARKWOOD INVESTMENTS LIMITED,
a British Virgin Islands corporation,

       Plaintiffs,

v.

FABRIZIO DULCETTI NEVES, an individual,
and ACOSTA REALTY HOLDINGS LLC,
a Florida limited liability company,

       Defendants.

_____/

## PLAINTIFFS' *EX PARTE* NOTICE OF FILING AFFIDAVIT IN
## SUPPORT OF PLAINTIFFS' EX PARTE MOTION FOR BREAK ORDER

Plaintiffs, GOLDEN DAWN CORPORATION and MARKWOOD INVESTMENTS

LIMITED ("Plaintiffs"), by and through undersigned counsel hereby file an Affidavit in support

of their Ex Parte Motion for Break Order (DE #141) and in accordance with the Court's Sealed

Order dated October 9, 2009.   The original Affidavit and its exhibits are attached hereto as

Exhibit "A." By filing this Affidavit, Plaintiffs hereby renew their Ex Parte Motion for Break

171|rgs

Order previously filed with the Court under seal on October 9, 2009 and request the Court enter

the proposed Break Order it submitted with the Ex Parte Motion for Break Order.

Dated:  October 15, 2009.

<div style="margin-left: 40%;">

Respectfully submitted,

HOLLAND & KNIGHT LLP
*Attorneys for Plaintiffs*
701 Brickell Avenue, Suite 3000
Miami, Florida 33131
Tel.:    (305) 374-8500
Fax.:   (305) 789-7799

By _Rebecca M. Plasen_   FBN
             for          861901
      Alex M. Gonzalez
      Fla. Bar No.: 991200
      Brett A. Barfield
      Fla. Bar No.: 192252

</div>

# 8900689_v1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

### CASE NO. 08-20381-CIV-O'SULLIVAN
### [CONSENT]

GOLDEN DAWN CORPORATION,
a Panamanian corporation, and
MARKWOOD INVESTMENTS LIMITED,
a British Virgin Islands corporation,

      Plaintiffs,

v.

FABRIZIO DULCETTI NEVES, an individual,
and ACOSTA REALTY HOLDINGS LLC,
a Florida limited liability company,

      Defendants.

_____/

## AFFIDAVIT OF JULIE DUNHAM
## IN SUPPORT OF PLAINTIFFS' EX PARTE MOTION FOR BREAK ORDER

STATE OF FLORIDA      )
COUNTY OF MIAMI-DADE )

      BEFORE ME personally appeared Julie L. Dunham, who after being duly sworn, did

attest to the following:

      1.     My name is Julie L. Dunham. I am over 21 years of age and a resident of Miami-

Dade County, Florida.

      2.     I am a paralegal at the law firm of Holland & Knight LLP and have been

employed with Holland & Knight for over 20 years. As part of my employment, I have been

involved in the seizure of assets for approximately 13 years, including pre-judgment and post-

judgment proceedings.



1

3.　　As part of my employment as a paralegal at Holland & Knight, and in connection with the subject action, I have researched the companies Fabrizio Dulcetti Neves ("Neves") owns or is associated with, as well as possible assets he may own either individually or through the corporations he owns or controls.

4.　　My initial research has revealed that Neves currently owns a 2009 white Rolls Royce vehicle, which was registered with the State of Florida on or about September 26, 2009. The vehicle was registered in Neves' name solely, and was registered at the following address: 1710 South Miami Ave., Miami, FL  33129. A copy of the Florida Department of Highway Safety and Motor Vehicles ownership report is attached hereto as Exhibit 1.

5.　　My research has also revealed that Neves owns a 2009 Porsche vehicle (possibly white) along with a co-owner named Signature Management LLC. The title for this vehicle was issued on or about February 10, 2009. The Porsche is registered in the name of Signature Management LLC and Fabrizio Dullcetti Neves. The registered owner addresses for both vehicle owners is 1710 S. Miami Ave., Miami, FL  33129. A copy of the Florida Department of Highway Safety and Motor Vehicles ownership report is attached hereto as Exhibit 2.

6.　　Neves also owns a 2007 Audi vehicle along with a co-owner named Signature Management LLC. The title for this vehicle was issued on or about April 6, 2007. The Audi is titled in the name of Signature Management LLC and Fabrizio Dullcetti Neves. The  address registered for Neves as the <u>individual</u> owner is 1710 S. Miami Ave., Miami, FL  33129. A copy of the Florida Department of Highway Safety and Motor Vehicles ownership report is attached hereto as Exhibit 3.

7.　　Neves also has a 2006 Honda vehicle titled in his name. The title for this vehicle was issued on or about May 4, 2007. The registered owner address for this vehicle is also 1710

S. Miami Ave., Miami, FL 33129. A copy of the Florida Department of Highway Safety and Motor Vehicles ownership report is attached hereto as Exhibit 4.

8.     The Florida Department of State, Division of Corporations, indicates that the principal address of Signature Management LLC is "c/o Fabrizio Neves 1710 South Miami Avenue, Miami, FL 33129." The mailing address, as well as the Registered Agent address, for Signature Management LLC is also in care of Neves at 1710 South Miami Avenue, Miami, Florida 33129. Signature Management LLC has two managers and one member. The sole member is Fabrizio Neves, who is also the Registered Agent and is listed as the Principal Address and Mailing Address contact. Laura Neves, who is believed to be Fabrizio Neves' wife, is the second manager (but not a member), and her address is also listed as the 1710 South Miami Avenue address. A copy of the Florida Department of State, Division of Corporations, report is attached hereto as Exhibit 5.

9.     On November 30, 2007, Fabrizio D. Neves and Laura Neves deeded the 1710 South Miami Avenue property from their individual ownership to 1710 S. Miami Avenue LLC's ownership. A copy of this Warranty Deed is attached hereto as Exhibit 6. The 2735 Brickell Court address listed for the Neveses in the above-referenced Warranty Deed was a residence Fabrizio Dulcetti Neves sold to another couple on or about January 20, 2009, which also indicates that the Grantor's (Fabrizio Dulcetti Neves) homestead address is 1710 S. Miami Avenue, Miami, FL 33129. A copy of the Warranty Deed from Neves to Mr. and Mrs. Montemayor is attached hereto as Exhibit 7.

10.    1710 S. Miami, LLC is a Florida limited liability company with its principal address and mailing address listed as 1710 S. Miami Avenue, Miami, Florida 33129. It appears that the same attorney who prepared the Warranty Deed from Mr. and Mrs. Neves to 1710 S.

Miami, LLC is also the Registered Agent for the company. A copy of the Florida Department of State, Division of Corporations, report is attached here as Exhibit 8.

11.     My research has revealed three additional Florida limited liability companies which are currently active and are either jointly owned or managed by Neves and his wife. These companies are Miami River Boat House, LLC, Rialto Diversified, LLC and Turin Holdings, LLC. All three of these companies use the 1710 South Miami Avenue address in some capacity required by the Florida Department of State. Copies of these corporate reports from the Florida Department of State, Division of Corporations, are attached as Exhibit 9.

12.     At approximately 11:30 a.m. on October 12, 2009, the undersigned drove by the residence located at 1710 South Miami Avenue and personally observed the 2009 white Rolls Royce in the driveway of the residence. Standing next to the Rolls Royce was a male individual dressed as a security guard who appeared to be watching the Rolls Royce as well as the vehicles driving by the residence.

13.     As I drove past the residence located at 1710 South Miami Avenue, I observed that the residence has an iron type gate around the perimeter. To ensure my personal safety, I did not stop at the residence or speak to the guard.

14.     At approximately 4:15 p.m. on October 12, 2009, the undersigned walked by the residence located at 1710 South Miami Avenue and personally observed the 2009 white Rolls Royce in the driveway. The undersigned also personally walked by a Latin male who had a security guard uniform on including a logo with the name Protective Services on the shirt. The security guard was standing in almost the same location as the guard was standing this morning. As I walked by the residence and the guard, there was a small, white compact vehicle with yellow and green lights on top of the vehicle as well as a company logo which appeared to be a

security vehicle.   After walking several blocks, I turned around and walked back past the residence, the Rolls Royce, the security vehicle and the same security guard.

15.   After returning to my vehicle approximately a half hour later on October 12, 2009, I drove down one of the side streets off of 1710 South Miami Avenue and observed two garage doors, both of which are part of the residence, below street level, that are contained within the perimeter of the iron gate around the residence.  These garages are located towards the back of the residence and are not accessible unless the gate is open.  The Rolls Royce and the security guard were in the same location as observed earlier.

16.   At approximately 6:05 a.m. on October 13, 2009, the undersigned again drove by the residence located at 1710 South Miami Avenue on my way to the office.  The gate that surrounds the residence had lights illuminated.  The undersigned observed a white, compact vehicle resembling the security vehicle observed the prior day.  The security vehicle was in the same general location on South Miami Avenue as it was the day before.  The undersigned did not observe a security guard; however, it was still dark.

17.   Finally, in his deposition dated September 19, 2008, Fabrizio Dulcetti Neves testified, on page 6, that his current residence was 1710 South Miami Avenue, Miami, Florida 33129, he moved to this residence in 2008 and that his prior address was 2735 Brickell Court, Miami, Florida 33129.   A copy of Mr. Neves' testimony regarding his current residence is attached as Exhibit 10.

FURTHER AFFIANT SAYETH NAUGHT.

Julie L. Dunham

<u>ACKNOWLEDGMENT</u>

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

The foregoing instrument was acknowledged before me this 15th day of October, 2009, by Julie Dunham, a Paralegal with Holland & Knight LLP,  and who is personally known to me or has produced _____ as identification, with the requisite authority to execute this Affidavit.

(SEAL)

CARLA COSIO
MY COMMISSION # DD 586227
EXPIRES: August 17, 2010
Bonded Thru Notary Public Underwriters

Notary Public-State of Florida
Commission Number: DD586227

# 8894639_v1

6

```
------- VEHICLE INFO -------
VEHICLE ID NUM:  SCA1S68509UX0892
VEHICLE TYPE:    AU      NET  GHT:           YEAR MAKE:      20
ODOMETER MILES:          GVW:                VEHICLE MAKE: ROL
ODOMETER STATUS:         VEHICLE USE:        BODY:         4D
ODOMETER TYPE:           FUEL TYPE:          INHOUSE MAKE:
ODOMETER DATE:           MAJOR COLOR:WHI     MINOR COLOR:  WHI
```

```
------- TITLE INFO -------
TITLE NUMBER:                PENDING:        CANCEL DATE:
ISSUE DATE:                                  CANCEL STATE:
SALVAGE TYPE:                                EFS STATUS:
TITLE STATUS:                                ELT STATUS:
```

```
                  BRAND INFO
BRAND CODE:      NO BRANDS ON FILE      JUR:   BRAND DATE:
```

```
------- OWNER INFO -------
FEID/DL NUMBER:                              OWNER NUMBER:
BIRTH DATE/SEX:                              RES COUNTY:
OWNER NAME:
OWNER ADDR:


LEGAL OWNERSHIP:
```

```
-------REGISTRATION INFO -------
LICENSE PLATE:   AFK3402                     DECAL NUMBER:
PLATE CODE:      TDL                         DECAL YEAR:
ISSUE DATE:      09/26/2009                  ISSUE DATE:
ARF CREDIT:                                  EXPIRE DATE:   10/25/2009
REG USE:         DI                          UNIT NUM/FLEET:
CLASS CODE:      013                         LOCATION CODE:
COMMENTS:
```

```
------- REGISTRANT INFO -------
FEID/DL NUMBER:  N120244684030               REGISTRANT NUM:  1
REGIS. DOB/SEX:  11/03/1968  /  M            RES COUNTY:      1
REGISTRANT NAME: NEVES, FABRIZIO DULLCETTI
REGISTRANT ADDR: 1710 S MIAMI AVE
                 MIAMI, FL  33129
```

```
------- LIEN HOLDER INFO -------
FEID/DL NUMBER:                              LIEN NUMBER:
LIEN DOB/SEX:                                RES COUNTY:
LIEN DATE:                    LIEN           ELT FLAG:
                              RECEIVED:
LIEN HLDR NAME:
LIEN HLDR ADDR:   NO LIENS ON FILE
```

SEP 3 0 2009

TALLAHASSEE, FLORIDA
I, Carl A. Ford, Director, Division of
Motor Vehicles of the State of Florida,
hereby certify that this is a true and correct copy
of the Motor Vehicle record on file in this office.

CARL A. FORD, DIRECTOR
DIVISION OF MOTOR VEHICLES
DEPT. OF HIGHWAY SAFETY AND
MOTOR VEHICLES

EXHIBIT

1

----------------------- VE... ...E INFO -----------------------

```
VEHICLE ID NUM:  WP1AC29P09LA8318
VEHICLE TYPE:    AU          NET  ...GHT: 5445        YEAR MAKE:       200
ODOMETER MILES:  18          GVW:                     VEHICLE MAKE: PORS
ODOMETER STATUS: A           VEHICLE USE: P           BODY:         UT
ODOMETER TYPE:   M           FUEL TYPE:               INHOUSE MAKE:
ODOMETER DATE:   01/23/2009  MAJOR COLOR: WHI         MINOR COLOR:
```

------------------------ TITLE INFO ------------------------

```
TITLE NUMBER:    102115132        PENDING: NO         CANCEL DATE:
ISSUE DATE:      02/10/2009                           CANCEL STATE:
SALVAGE TYPE:                                         EFS STATUS:
TITLE STATUS:    ORIGINAL - NEW                       ELT STATUS:
```

BRAND INFO

```
BRAND CODE:         NO BRANDS ON FILE    JUR:     BRAND DATE:
```

--------------------------- OWNER INFO ---------------------------

```
FEID/DL NUMBER:                                      OWNER NUMBER:    1
BIRTH DATE/SEX:                                      RES COUNTY:      1
OWNER NAME:      SIGNATURE MANAGEMENT LLC
OWNER ADDR:      1710 S MIAMI AVE
                 MIAMI, FL  33129-1511
AND
FEID/DL NUMBER:  N120244684030                       OWNER NUMBER:    2
BIRTH DATE/SEX:  11/03/1968  / M                     RES COUNTY:      1
OWNER NAME:      NEVES, FABRIZIO DULLCETTI
OWNER ADDR:      1710 S MIAMI AVE
                 MIAMI, FL  33129

LEGAL OWNERSHIP:
```

----------------------- REGISTRATION INFO -----------------------

```
LICENSE PLATE:   HDZ7W                  DECAL NUMBER:   06295281
PLATE CODE:      UMR                    DECAL YEAR:     2010
ISSUE DATE:      11/14/2006             ISSUE DATE:     04/29/2009
ARF CREDIT:      10.00                  EXPIRE DATE:    06/30/2010
REG USE:         PR                     UNIT NUM/FLEET:
CLASS CODE:      001                    LOCATION CODE:
COMMENTS:
```

----------------------- REGISTRANT INFO -----------------------

```
FEID/DL NUMBER:                                      REGISTRANT NUM:  1
REGIS. DOB/SEX:                                      RES COUNTY:      1
REGISTRANT NAME: SIGNATURE MANAGEMENT LLC
REGISTRANT ADDR: 1710 S MIAMI AVE
                 MIAMI, FL  33129-1511

FEID/DL NUMBER:  N120244684030                       REGISTRANT NUM:  2
REGIS. DOB/SEX:  11/03/1968  / M                     RES COUNTY:      1
REGISTRANT NAME: NEVES, FABRIZIO DULLCETTI
REGISTRANT ADDR: 1710 S MIAMI AVE
                 MIAMI, FL  33129
```

----------------------- LIEN HOLDER INFO -----------------------

```
FEID/DL NUMBER:                                      LIEN NUMBER:
LIEN DOB/SEX:                                        RES COUNTY:
LIEN DATE:                        LIEN               ELT FLAG:
                                  RECEIVED:
LIEN HLDR NAME:
LIEN HLDR ADDR:     NO LIENS ON FILE
```

SEP 3 0 2009





TALLAHASSEE, FLORIDA
I, Carl A. Ford, Director, Division of
Motor Vehicles of the State of Florida,
hereby certify that this is a true and correct copy
of the Motor Vehicle record on file in this office.

CARL A. FORD, DIRECTOR
DIVISION OF MOTOR VEHICLES
DEPT. OF HIGHWAY SAFETY AND
MOTOR VEHICLES

EXHIBIT
2

```
---------------------------- VEH   E INFO ----------------------
VEHICLE ID NUM:   WA1BV94L8/D045140
VEHICLE TYPE:     AU        NET      GHT: 5320      YEAR MAKE:       200
ODOMETER MILES:   25        GVW:                    VEHICLE MAKE: AUDI
ODOMETER STATUS:  A         VEHICLE USE:P           BODY:            4D
ODOMETER TYPE:    M         FUEL TYPE:              INHOUSE MAKE:
ODOMETER DATE:    10/21/2006  MAJOR COLOR:BLK       MINOR COLOR:

------------------------------ TITLE INFO ----------------------
TITLE NUMBER:     97123555         PENDING:NO       CANCEL DATE:
ISSUE DATE:       04/06/2007                        CANCEL STATE:
SALVAGE TYPE:                                       EFS STATUS:
TITLE STATUS:     LIEN MAINTENANCE ONLY             ELT STATUS:

                        BRAND INFO
BRAND CODE:         NO BRANDS ON FILE    JUR:       BRAND DATE:

------------------------------ OWNER INFO ----------------------
FEID/DL NUMBER:                                     OWNER NUMBER:    1
BIRTH DATE/SEX:                                     RES COUNTY:      1
OWNER NAME:       SIGNATURE MANAGEMENT LLC
OWNER ADDR:       2735 BRICKELL COURT
                  MIAMI, FL  33129
AND
FEID/DL NUMBER:   N120244684030                     OWNER NUMBER:    2
BIRTH DATE/SEX:   11/03/1968  /  M                  RES COUNTY:      1
OWNER NAME:       NEVES, FABRIZIO DULLCETTI
OWNER ADDR:       1710 S MIAMI AVE
                  MIAMI, FL  33129

LEGAL OWNERSHIP:

------------------------------ REGISTRATION INFO --------------
LICENSE PLATE:                                      DECAL NUMBER:
PLATE CODE:                                         DECAL YEAR:
ISSUE DATE:                                         ISSUE DATE:
ARF CREDIT:                                         EXPIRE DATE:
REG USE:                                            UNIT NUM/FLEET:
CLASS CODE:                                         LOCATION CODE:
COMMENTS:

------------------------------ REGISTRANT INFO ----------------
FEID/DL NUMBER:                                     REGISTRANT NUM:
REGIS. DOB/SEX:                                     RES COUNTY:
REGISTRANT NAME:
REGISTRANT ADDR:    NO REGISTRANTS ON FILE

------------------------------ LIEN HOLDER INFO ---------------
FEID/DL NUMBER:                                     LIEN NUMBER:
LIEN DOB/SEX:                                       RES COUNTY:
LIEN DATE:                         LIEN             ELT FLAG:
                               RECEIVED:
LIEN HLDR NAME:
LIEN HLDR ADDR:     NO LIENS ON FILE
```



EXHIBIT
3



SEP 3 0 2009

TALLAHASSEE, FLORIDA
I, Carl A. Ford, Director, Division of
Motor Vehicles of the State of Florida,
hereby certify that this in a true and correct copy
of the Motor Vehicle record on file in this office.

CARL A. FORD, DIRECTOR
DIVISION OF MOTOR VEHICLES
DEPT. OF HIGHWAY SAFETY AND
MOTOR VEHICLES

```
-------------------------- VEHICLE INFO --------------------------
VEHICLE ID NUM:   2HJYK16586H52140
VEHICLE TYPE:     AU        NET WEIGHT: 4433      YEAR MAKE:       20
ODOMETER MILES:   8         GVW:                  VEHICLE MAKE: HOND
ODOMETER STATUS:  A         VEHICLE USE:P         BODY:          PK
ODOMETER TYPE:    M         FUEL TYPE:            INHOUSE MAKE:
ODOMETER DATE:    07/04/2005   MAJOR COLOR:SIL    MINOR COLOR:

--------------------------- TITLE INFO ---------------------------
TITLE NUMBER:     93650172       PENDING:NO       CANCEL DATE:
ISSUE DATE:       05/04/2007                      CANCEL STATE:
SALVAGE TYPE:                                     EFS STATUS:
TITLE STATUS:     LIEN MAINTENANCE ONLY           ELT STATUS:

                            BRAND INFO
BRAND CODE:       NO BRANDS ON FILE      JUR:     BRAND DATE:

--------------------------- OWNER INFO ---------------------------
FEID/DL NUMBER:   N120244684030                   OWNER NUMBER:   1
BIRTH DATE/SEX:   11/03/1968  / M                 RES COUNTY:     1
OWNER NAME:       NEVES, FABRIZIO DULLCETTI
OWNER ADDR:       1710 S MIAMI AVE
                  MIAMI, FL  33129

LEGAL OWNERSHIP:

------------------------ REGISTRATION INFO -----------------------
LICENSE PLATE:    S764EF                DECAL NUMBER:  13678149
PLATE CODE:       RGS                   DECAL YEAR:    2007
ISSUE DATE:       07/27/2005            ISSUE DATE:    10/04/2006
ARF CREDIT:       6.00                  EXPIRE DATE:   11/03/2007
REG USE:          PK                    UNIT NUM/FLEET:
CLASS CODE:       031                   LOCATION CODE:
COMMENTS:

-------------------------- REGISTRANT INFO -----------------------
FEID/DL NUMBER:   N120244684030                   REGISTRANT NUM:  1
REGIS. DOB/SEX:   11/03/1968  / M                 RES COUNTY:      1
REGISTRANT NAME:  NEVES, FABRIZIO DULLCETTI
REGISTRANT ADDR:  1710 S MIAMI AVE
                  MIAMI, FL  33129

------------------------- LIEN HOLDER INFO -----------------------
FEID/DL NUMBER:                                   LIEN NUMBER:
LIEN DOB/SEX:                                     RES COUNTY:
LIEN DATE:                         LIEN           ELT FLAG:
                                   RECEIVED:
LIEN HLDR NAME:
LIEN HLDR ADDR:      NO LIENS ON FILE
```



EXHIBIT
4

SEP 3 0 2009

TALLAHASSEE, FLORIDA
I, Carl A. Ford, Director, Division of
Motor Vehicles of the State of Florida,
hereby certify that this is a true and correct copy
of the Motor Vehicle record on file in this office.

CARL A. FORD, DIRECTOR
DIVISION OF MOTOR VEHICLES
DEPT. OF HIGHWAY SAFETY AND
MOTOR VEHICLES



# FLORIDA DEPARTMENT OF STATE
# DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List    Next on List    Return To List

No Events    No Name History

Entity Name Search

Submit

## Detail by Entity Name

### Florida Limited Liability Company

SIGNATURE MANAGEMENT LLC

### Filing Information

| | |
|---|---|
| **Document Number** | L04000080010 |
| **FEI/EIN Number** | 201843553 |
| **Date Filed** | 11/04/2004 |
| **State** | FL |
| **Status** | ACTIVE |

### Principal Address

C/O FABRIZIO NEVES
1710 SOUTH MIAMI AVENUE
MIAMI FL 33129

Changed 02/10/2009

### Mailing Address

C/O FABRIZIO NEVES
1710 SOUTH MIAMI AVENUE
MIAMI FL 33129

Changed 02/10/2009

### Registered Agent Name & Address

NEVES, FABRIZIO
1710 SOUTH MIAMI AVENUE
MIAMI FL 33129

Address Changed: 02/10/2009

### Manager/Member Detail

**Name & Address**

Title MGRM

NEVES, FABRIZIO
1710 SOUTH MIAMI AVENUE
MIAMI FL 33129

Title MGR

NEVES, LAURA
1710 SOUTH MIAMI AVENUE
MIAMI FL 33129

### Annual Reports

Report Year Filed Date



EXHIBIT
5

| 2007 | 02/26/2007 |
| 2008 | 04/24/2008 |
| 2009 | 02/10/2009 |

## Document Images

|  | View image in PDF format |
|--|--|
|  | View image in PDF format |
|  | View image in PDF format |
|  | View image in PDF format |
|  | View image in PDF format |
|  | View image in PDF format |

**Note:** This is not official record. See documents if question or conflict.

| Previous on List | Next on List | Return To List | | Entity Name Search |
|--|--|--|--|--|
| **No Events** | **No Name History** | | | Submit |

CFN 2007R118_ _30
OR Bk 26105 Ps 4784 (1ps)
RECORDED 12/13/2007 14:23:22
DEED DOC TAX 18,000.00
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE

Prepared by and return to:
James A. Marx, Esq.
President
James A. Marx, P.A.
848 Brickell Avenue Suite 750
Miami, FL 33131
305-577-0276
File Number: 07-1932
Will Call No.:

_____[Space Above This Line For Recording Data]_____

# Warranty Deed

**This Warranty Deed** made this 30th day of November, 2007 between Fabrizio D. Neves and Laura Neves, husband and wife whose post office address is **2735 Brickell Court, Miami, FL 33129**, grantor, and **1710 S. MIAMI LLC**, a **Florida Limited Liability Company** whose post office address is **848 Brickell Avenue, Suite 750 , Miami, FL 33131**, grantee:

(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

**Witnesseth,** that said grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in **Miami-Dade County, Florida** to-wit:

> **LOT 9 & 10, BLOCK 31, HOLLEMAN PARK, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 8 AT PAGE 23, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.**
>
> **Parcel Identification Number: 0141380014270**

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold,** the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 2007.

**In Witness Whereof,** grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

Witness Name: _James Marx_

_____(Seal)
Fabrizio Neves

Witness Name: _Desiree N. Llopiz_

_____(Seal)
Laura Neves

State of Florida
County of Miami-Dade

The foregoing instrument was acknowledged before me this 30th day of November, 2007 by Fabrizio Neves and Laura Neves, who [_] are personally known or [X] have produced a driver's license as identification.

[Notary Seal]

Notary Public _____

Printed Name: _James Marx_

My Commission Expires: _3-13-10_

JAMES A. MARX
Comm# DD0821786
Expires 3/13/2010
Bonded By (800)432-4254
Florida Notary Assn., Inc.

EXHIBIT
6

DoubleTime®

CFN 2009R0050112
OR Bk 26727 Pgs 0008 - 9; (2pgs)
RECORDED 01/23/2009 09:22:06
DEED DOC TAX 5,250.00
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA

This Document Prepared By:
Pedro P. Saez, Esquire
SAEZ & ASSOCIATES
777 Brickell Avenue, Suite 1110
Miami, Florida 33131

Parcel ID Number: 01-4140-031-0100

# Warranty Deed

This Indenture, Made this 20th day of January , 2009 A.D., Between
Fabrizio Dulcetti Neves by virtue of conveyance recorded November 6,
2002 in Official Records Book 20781 Page 4477
of the County of Miami-Dade , State of Florida , grantor, and
Rodrigo Montemayor and Daniela Montemayor, husband and wife

whose address is: 2735 Brickell Court, Miami, FL 33129

of the County of Miami-Dade , State of Florida , grantees.
Witnesseth that the GRANTOR, for and in consideration of the sum of
------------------------TEN DOLLARS ($10)---------------------- DOLLARS,
and other good and valuable consideration to GRANTOR in hand paid by GRANTEES, the receipt whereof is hereby acknowledged, has
granted, bargained and sold to the said GRANTEES and GRANTEES' heirs, successors and assigns forever, the following described land, situate,
lying and being in the County of MIAMI-DADE State of Florida to wit:
Lot 10, Block 1, VILLAS DE VIZCAYA, according to the Map or Plat
thereof as recorded in Plat Book 143, Page 47, of the Public Records
of MIAMI-DADE County, Florida.
The property herein conveyed DOES NOT constitute the HOMESTEAD
property of the Grantor. The Grantor's HOMESTEAD address is 1710 S.
Miami Avenue, Miami, FL 33129.

and the grantor does hereby fully warrant the title to said land, and will defend the same against lawful claims of all persons whomsoever.
In Witness Whereof, the grantor has hereunto set his hand and seal the day and year first above written.
Signed, sealed and delivered in our presence:

(Seal)
Printed Name: Marta Santiago    Fabrizio D Neves
Witness                          P.O. Address: 1710 S. Miami Avenue, Miami, FL 33129

Printed Name: PEDRO P SAEZ
Witness

STATE OF Florida
COUNTY OF Miami-Dade
The foregoing instrument was acknowledged before me this 20th day of January , 2009 by
Fabrizio D Neves, a married man

he is personally known to me or he has produced his Florida driver's license as identification.
NOTARY PUBLIC-STATE OF FLORIDA
Maria G. Arias-Duval
Commission #DD730654
Expires: OCT. 31, 2011
BONDED THRU ATLANTIC BONDING CO, INC.        Printed Name: Maria G. Arias-Duval
Notary Public
My Commission Expires:

8054-101

EXHIBIT
7

OR P    26727 PG 0009
LAS      AGE

J & M CONDO MANAGEMENT AND MAINTENANCE
275 FONTAINEBLEAU BLVD.  SUITE 200
MIAMI, FL. 33172

## CERTIFICATE OF APPROVAL OF SALE

VILLAS DE VIZCAYA HOA ASSOCIATION HEREBY CERTIFIES THAT:

## MONTEMAYOR, RODRIGO & DANIELA

HAS BEEN APPROVED BY VILLAS DE VIZCAYA HOA ASSOCIATION
AS PURCHASER OF THE FOLLOWING DESCRIBED PROPERTY LOCATED WITHIN:
CONDOMINIUM COMPLEX IN MIAMI DADE COUNTY FLORIDA:
UNIT: 2735
PROPERTY ADDRESS: __2735 BRICKELL COURT MIAMI, FL. 33129__
THE LAST MAINTENANCE PAYMENT IN THE AMOUNT OF $900.00   WAS MADE ON 1/07/09.
THE BALANCE DUE REPRESENTS THE REMAINING PORTION OF THE MAINTENANCE AND SPECIAL ASSESSMENT
TO BE PAID BY THE SELLER AT CLOSING OF $ 000.00.
THE SELL IS SUBJECT TO PAYMENT OF THE BALANCE DUE IN MAINTENANCE THE AMOUNT OF $    000
THE SALE IS SUBJECT TO PAYMENT OF THE BALANCE DUE ON THE SPECIAL ASSESSMENT OF $    000.00

PURCHASED FROM **NEVES, FABRIZZIO.**
**SELLER**

DATED THIS  7  DAY OF  Jan . 20 09

VILLAS DE VIZCAYA HOA
ASSOCIATION. INC.

SIGNATURE OF BOARD MEMBER

STATE OF FLORIDA )
MIAMI DADE COUNTY )

SUBCRIBED AND SWORN TO BEFORE ME THIS     7    DAY OF  Jan  20 09 BY
_____ AS President   OF  Villas de Vizcaya
CONDOMINIUM ASSOCIATION, INC. ON BEHALF OF SAID ASSOCIATION. HE/SHE IS PERSONALLY KNOWN TO ME OR HAS
PRODUCED _____ AS IDENTIFICATION AND DID NOT TAKE AN OATH.

CLARITZA LOPEZ
Notary Public - State of Florida
My Commission Expires Oct 4, 2010
Commission # DD 601755
Bonded Through National Notary Assn.

NOTARY PUBLIC
MY COMMISSION EXPIRES:

FOR SALE ONLY: IF IS THE RESPOSIBILITY OF THE CLOSING AGENT OR BUYER (S) TO FORWARD TO J & M CONDO
MANAGEMENT A COPY OF THE WARRANTY DEED AND SETTLEMENT AT THE TIME OF CLOSING SHOWING WHO THE NEW
OWNER (S) OR RECORD IS / ARE AND TO INDICATE WHERE SHOULD ALL CORRESPONDENCE BE MAILED TOGETHER WITH
BALANCE DUE AMOUNT IF ANY.

www.sunbiz.org - Department of State
Case 1:08-cv-20381-JUC  Document 223  Entered on FLSD Docket 10/27/2009  Page 18 of 29
Page 1 of 2



## FLORIDA DEPARTMENT OF STATE
## DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |
|------|-----------|-------------------|-------------------|-------|------|

Previous on List    Next on List    Return To List                                  Entity Name Search

No Events         No Name History                                       Submit

# Detail by Entity Name

## Florida Limited Liability Company

1710 S. MIAMI, LLC

## Filing Information

**Document Number** L07000123311
**FEI/EIN Number** APPLIED
**Date Filed** 12/12/2007
**State** FL
**Status** ACTIVE

## Principal Address

1710 S. MIAMI AVENUE
MIAMI FL 33129

Changed 06/17/2009

## Mailing Address

1710 S. MIAMI AVENUE
MIAMI FL 33129

Changed 06/17/2009

## Registered Agent Name & Address

MARX, JAMES ESQ.
2850 BRICKELL AVENUE
MIAMI FL 33129 US

Address Changed: 06/17/2009

## Manager/Member Detail

**Name & Address**

Title MGRM

ILANA PARTNERS LIMITED
C/O JAMES MARX, ESQ., 2850 BRICKELL AVENUE
MIAMI FL 33129

## Annual Reports

**Report Year Filed Date**
2008      04/30/2008
2009      06/17/2009

## Document Images

View image in PDF format



EXHIBIT
8

www.sunbiz.org - Department of State

| | View image in PDF format |
| | View image in PDF format |

**Note:** This is not official record. See documents if question or conflict.

Previous on List        Next on List        Return To List                    Entity Name Search

No Events            No Name History                                            Submit



Previous on List    Next on List    Return To List                    Entity Name Search

No Events            No Name History                                      [ Submit ]

# Detail by Entity Name

## Florida Limited Liability Company

MIAMI RIVER BOAT HOUSE, LLC

## Filing Information

| | |
|---|---|
| Document Number | L07000049515 |
| FEI/EIN Number | 770699177 |
| Date Filed | 05/09/2007 |
| State | FL |
| Status | ACTIVE |

## Principal Address

1701 SOUTH MIAMI AVENUE
MIAMI FL 33129

Changed 02/10/2009

## Mailing Address

C/O FABRIZIO NEVES
1710 SOUTH MIAMI AVENUE
MIAMI FL 33129

Changed 02/10/2009

## Registered Agent Name & Address

NEVES, LAURA
1710 SOUTH MIAMI AVENUE
MIAMI FL 33129 US

Name Changed: 02/10/2009

Address Changed: 02/10/2009

## Manager/Member Detail

**Name & Address**

Title MGRM

NEVES, FABRIZIO
1710 SOUTH MIAMI AVENUE
MIAMI FL 33129

Title MGRM

NEVES, LAURA
1710 SOUTH MIAMI AVENUE
MIAMI FL 33129

## Annual Reports

**Report Year    Filed Date**
2008          04/18/2008
2009          02/10/2009

## Document Images

02/10/2009 -- ANNUAL REPORT    [ View image in PDF format ]

EXHIBIT
9

www.sunbiz.org - Department of State

Page 2 of 2

| | View image in PDF format |
| | View image in PDF format |

Note: This is not official record. See documents if question or conflict.

Previous on List    Next on List    Return To List    Entity Name Search

No Events         No Name History    Submit



# FLORIDA DEPARTMENT OF STATE
# DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

| Previous on List | Next on List | Return To List | | Entity Name Search |
| No Events | No Name History | | | Submit |

## Detail by Entity Name

### Florida Limited Liability Company

RIALTO DIVERSIFIED, LLC

### Filing Information

| | |
|---|---|
| **Document Number** | L07000069090 |
| **FEI/EIN Number** | 770691772 |
| **Date Filed** | 06/29/2007 |
| **State** | FL |
| **Status** | ACTIVE |

### Principal Address

1710 SOUTH MIAMI AVENUE
MIAMI FL 33129

Changed 02/10/2009

### Mailing Address

1710 SOUTH MIAMI AVENUE
MIAMI FL 33129

Changed 02/10/2009

### Registered Agent Name & Address

NEVES, LAURA
1710 SOUTH MIAMI AVENUE
MIAMI FL 33129 US

Name Changed: 02/10/2009

Address Changed: 02/10/2009

### Manager/Member Detail

**Name & Address**

Title MGR

NEVES, FABRIZIO
2735 BRICKELL COURT
MIAMI FL 33129

Title MGR

NEVES, LAURA
2735 BRICKELL COURT
MIAMI FL 33129

### Annual Reports

| Report Year | Filed Date |
|---|---|
| 2008 | 04/18/2008 |
| 2009 | 02/10/2009 |

### Document Images

| | |
|---|---|
| 02/10/2009 -- ANNUAL REPORT | View image in PDF format |
| 04/18/2008 -- ANNUAL REPORT | View image in PDF format |
| 06/29/2007 -- Florida Limited Liability | View image in PDF format |

www.sunbiz.org - Department of State                                                    Page 2 of 2

**Note:** This is not official record. See documents if question or conflict.

Previous on List        Next on List        Return To List

No Events               No Name History

Entity Name Search

Submit



| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List    Next on List    Return To List               Entity Name Search

No Events       No Name History                              Submit

# Detail by Entity Name

## Florida Limited Liability Company

TURIN HOLDINGS, LLC

## Filing Information

**Document Number** L07000070429
**FEI/EIN Number**   770691768
**Date Filed**       07/06/2007
**State**            FL
**Status**          ACTIVE

## Principal Address

1710 SOUTH MIAMI AVENUE
MIAMI FL 33129

Changed 02/10/2009

## Mailing Address

1710 SOUTH MIAMI AVENUE
MIAMI FL 33129

Changed 02/10/2009

## Registered Agent Name & Address

NEVES, LAURA
1710 SOUTH MIAMI AVENUE
MIAMI FL 33129 US

Name Changed: 02/10/2009

Address Changed: 02/10/2009

## Manager/Member Detail

**Name & Address**

Title MGR

NEVES, FABRIZIO
1710 SOUTH MIAMI AVENUE
MIAMI FL 33129

Title MGR

NEVES, LAURA
1710 SOUTH MIAMI AVENUE
MIAMI FL 33129

## Annual Reports

**Report Year Filed Date**

www.sunbiz.org - Department of State                                                Page 4 of 2

| 2008 | 04/18/2008 |
| 2009 | 02/10/2009 |

## Document Images

| View image in PDF format |
| View image in PDF format |
| View image in PDF format |

**Note:** This is not official record. See documents if question or conflict.

Previous on List      Next on List      Return To List                    Entity Name Search

No Events           No Name History                                          Submit

```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2
 3                    No. 08-20381-CIV-O'SULLIVAN
 4   GOLDEN DAWN CORPORATION, a
     Panamanian corporation, and
 5   MARKWOOD INVESTMENTS LIMITED, a
     British Virgin Islands
 6   corporation,
 7                         Plaintiffs,
 8   vs.
 9   FABRIZIO DULCETTI NEVES, an
     individual, and ACOSTA REALTY
10   HOLDINGS, LLC, a Florida limited
     liability company,
11
                      Defendants.
12   _____/
13                         701 Brickell Avenue
                           Miami, Florida
14                         September 19, 2008
                           10:45 a.m.
15
16
17     VIDEOTAPED DEPOSITION OF FABRIZIO DULCETTI NEVES
18
19      Taken before KIMBERLY A. FONTALVO, REGISTERED
20   PROFESSIONAL REPORTER and Notary Public for the
21   State of Florida at Large, pursuant to Notice of
22   Taking Deposition filed in the above cause.
23
24
25
```

EXHIBIT

*10*

Page 2

```
1    APPEARANCES:
2
     On behalf of Plaintiffs:
3
     HOLLAND & KNIGHT LLP
4    701 Brickell Avenue
     Miami, Florida 33131
5    BY: BRETT A. BARFIELD, ESQ.
        REBECCA PLASENCIA, ESQ.
6
7
     On behalf of Defendants:
8
     GREENBERG, TRAURIG
9    5100 Town Center Circle, Ste. 400
     Boca Raton, FL  33486
10   BY: STEPHEN A. MENDELSOHN, ESQ.
11
     ALSO PRESENT: Oliver Lee, Videographer
12
13
14             I N D E X
15
     Examination              Page
16   Direct     By Mr. Barfield      3
17
18         PLAINTIFF EXHIBITS
19   No.                     Page
20   Exhibit A    Promissory note          47
     Exhibit B    Answers to Interrogatories   58
21
22
23
24
25
```

Page 3

```
1    Thereupon:
2            FABRIZIO DULCETTI NEVES
3    a witness named in the notice heretofore filed,
4    being of lawful age and having been first duly
5    sworn, testified on his oath as follows:
6            DIRECT EXAMINATION
7    BY MR. BARFIELD
8       Q.  Good morning, Mr. Neves.
9       A.  Morning.
10      Q.  And I understand you go by Mr. Neves and
11   not Mr. Dulcetti; is that correct?
12      A.  Either way.  But you can -- you can -- you
13   can call me "Fabrizio" as well.
14      Q.  Okay.
15      A.  A little bit more nicer, I believe.
16      Q.  Okay.  This deposition is a
17   question-and-answer session.  I'll be asking you
18   questions and we're going to try to get at the facts
19   of this -- of this case.
20      A.  Okay.
21      Q.  You understand that you are under oath and
22   that what you say here can be used in a trial or for
23   any other purpose in the litigation.  The court
24   reporter needs to hear your answers audibly, a yes
25   or a no instead of a head shake, so that it can be
```

Page 4

```
1    recorded by the court reporter.
2       A.  Okay.
3       Q.  And if for any reason you don't understand
4    a question that I ask you, feel free to ask me to
5    ask it again or to explain it.  If you answer any
6    question, I'll understand that you understood the
7    question when you answered it.
8       A.  Perfectly.
9       Q.  From time to time during the deposition
10   there may be some objections from your lawyer.  And
11   don't worry about that.  But if he tells you not to
12   answer a question, don't answer it.  If he doesn't
13   tell you not to answer a question, you should answer
14   it.  Okay?
15          Of course, if you need a break for any
16   reason, just let us know.  I'd only ask that you
17   don't ask for a break when a question is pending.
18      A.  Oh, definitely.
19      Q.  I need an answer.
20      A.  Definitely.
21      Q.  Did you meet with anyone before this
22   deposition?
23      A.  Can you be more specific?
24      Q.  Sure.
25          Did you meet with Mr. Mendelsohn to
```

Page 5

```
1    discuss the deposition before this morning?
2       A.  Before this morning, yes.
3       Q.  Okay.  And when was that?
4       A.  We have been met -- this week.
5       Q.  And for approximately how long did you
6    meet?
7       A.  We meet for 15, 30 minutes.
8       Q.  Without telling me --
9       A.  We spend a little bit more time but not
10   talking about this issue.
11      Q.  Without telling me anything that you
12   discussed with Mr. Mendelsohn, did you review any
13   documents during that meeting?
14      A.  No.  I didn't review anything.
15      Q.  I should have started with this.  But can
16   you give the court reporter your full name for the
17   record?
18      A.  Fabrizio Dulcetti Neves.
19      Q.  And are there any other names that you go
20   by in business?
21      A.  No.
22      Q.  And where -- and where were you born?
23      A.  I born in Brazil.
24      Q.  And are you a Brazilian citizen?
25      A.  Brazilian and Italy citizen.  I have
```

Page 6

1  double nationality.
2    Q.  And what is your current residence
3  address?
4    A.  1710 South Miami Avenue, Miami, Florida
5  33129.
6    Q.  And how long have you been at that
7  address?
8    A.  Few months.
9    Q.  A few months?
10   A.  Yeah, few months.
11   Q.  You moved there in 2008?
12   A.  2008.
13   Q.  And what was the residence you lived at
14  immediately before that?
15   A.  2735 -- 2735 Brickell Court -- Brickell
16  Court, 33129, Miami, Florida.
17   Q.  And do you live in your residence alone?
18   A.  My wife and my childrens [sic].
19   Q.  How many children do you have?
20   A.  Two childrens [sic].
21   Q.  Age?
22   A.  10 and 3.
23   Q.  Congratulations.
24   A.  Thank you.
25   Q.  Have you been --

Page 7

1    A.  As you -- as you -- can I talk with Steve
2  for a second?
3        MR. MENDELSOHN:  No, unless it's an
4  attorney/client privilege issue.
5        THE WITNESS:  Because as he asked for my
6  children's --
7        MR. MENDELSOHN:  I know.  He's not going
8  to ask --
9        THE WITNESS:  Just the age.
10       MR. MENDELSOHN:  -- you any further
11  questions.
12       THE WITNESS:  No, no.  But I -- can I
13  mention the -- the -- the -- what happened
14  with -- with my children regarding
15  Mr. Salvatore?
16       MR. MENDELSOHN:  No, not yet.  Just answer
17  the questions, please.
18   A.  Okay.  Because he have been threat of life
19  my children.
20  BY MR. BARFIELD
21   Q.  Yeah, you only need to answer the
22  questions that we ask --
23   A.  Okay.
24   Q.  -- ask you today.
25   A.  Okay.

Page 8

1    Q.  What is your occupation?
2    A.  I'm a broker.
3    Q.  A broker.  A broker of what?
4    A.  Financial.
5    Q.  And who do you currently work with?
6    A.  I work with LatAm.
7    Q.  Could you spell that?
8    A.  LatAm.  LatAm American Investment.  LatAm,
9  L-A-T-A-M.
10   Q.  LatAm Investments?
11   A.  Yeah.
12   Q.  And what does LatAm Investments do?
13   A.  Excuse me?
14   Q.  What does LatAm Investments do?
15   A.  It's a broker/dealer firm.  It's a
16  broker/dealer firm --
17   Q.  And --
18   A.  -- and dealer firm.
19   Q.  -- how long have you been with LatAm
20  Investments?
21   A.  More than two years.
22   Q.  Is -- was LatAm formed as a business when
23  you began with them?
24   A.  It's already -- it's already exist.
25   Q.  For the two years you've been with them,

Page 9

1  it existed?
2    A.  Yeah, it's existing company.  I believe
3  they exist more than five years.
4    Q.  So you -- so they existed when you joined
5  them?
6    A.  Yeah, as an employee.
7    Q.  Who are -- you're an employee of LatAm?
8    A.  Yeah.
9    Q.  Do you have with a contract with them?
10   A.  It's basically -- basically like
11  independent contractor.  It's based on commissions.
12   Q.  Who are the principals of LatAm?
13   A.  Mr. [sic] Anjelica, Anjelica Aguillera.
14   Q.  Mister?
15       MR. MENDELSOHN:  Miss.
16   A.  Anjelica.
17  BY MR. BARFIELD
18   Q.  Oh, Miss.
19   A.  I'm sorry.  I'm sorry.  Miss.
20       Ms. Anjelica Aguillera and Mr. Esdras -- I
21  don't know the last name.
22   Q.  How do you spell that first name?
23   A.  Esdras -- Esdras -- don't know the last
24  name.  E-S-D-R-A-S.  Mr. -- Mr. Esdras something.
25   Q.  Okay.  And they're the two shareholders of

