UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 08-20381-CIV-O'SULLIVAN
[CONSENT]

GOLDEN DAWN CORP., and
MARKWOOD INVESTMENTS, LTD.,
    Plaintiffs,
v.

FABRIZIO DULCETTI NEVES and
ACOSTA REALTY HOLDINGS LLC,
    Defendants.
_____/

## ORDER

THIS MATTER came before the Court sua sponte. Having carefully reviewed the record and the law, it is

ORDERED AND ADJUDGED that a **DEFAULT** is entered in favor of the plaintiffs and against defendant ACOSTA REALTY HOLDINGS LLC.

Geoffrey M. Cahen, Esq. was counsel of record for the defendant, ACOSTA REALTY HOLDINGS LLC. On November 2, 2009, the Court issued an Order (DE# 241) allowing Mr. Cahen to withdraw from the future representation of defendant ACOSTA REALTY HOLDINGS LLC. The November 2, 2009 Order also allowed the defendant ACOSTA REALTY HOLDINGS LLC until December 2, 2009 to retain new counsel and for said counsel to enter a formal appearance with this Court. Because ACOSTA REALTY HOLDINGS LLC is a corporation, it cannot proceed pro se.  See Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385 (11th Cir. 1985) ("The rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear pro se, and must be represented by counsel.").

"It is well established that the district court has the authority to . . . enter default

judgment . . . for failure to . . . comply with its orders." See Flaska v. Little River Marine Construction Co., Inc., 389 F.2d 885, 887 (5th Cir. 1968),[1] cert. den. 88 S.Ct. 2287, 392 U.S. 928 (1968) (citations omitted). In the November 2, 2009 Order (DE # 241), the Court warned defendant ACOSTA REALTY HOLDINGS LLC that if it failed to retain new counsel, or new counsel failed to enter a formal appearance with this Court on or before December 2, 2009, this Court could enter a default in favor of the plaintiffs and against defendant ACOSTA REALTY HOLDINGS LLC. The defendant failed to comply with the November 2, 2009 Order. Accordingly, a default is entered in favor of the plaintiffs and against ACOSTA REALTY HOLDINGS LLC. It is further

ORDERED AND ADJUDGED that **the plaintiffs shall serve a copy of this Order on Fabrizio Dulcetti Neves and Acosta Realty Holdings LLC**.

DONE AND ORDERED in Chambers at Miami, Florida this **3rd** day of December, 2009.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
All Counsel of Record

---

[1] The Eleventh Circuit in Bonner v. City of Prichard, 661 F. 2d 1206, 1207 (11th Cir. 1981), adopted as precedent decisions of the former Fifth Circuit rendered prior to October 1, 1981.

2